**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| WILLIAM RICKY BOYD, | : | No. 101 WM 2019 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of December, 2019, the Application for Leave to File Original Process is GRANTED, and the "Petition for a Writ of Mandamus and/or Extraordinary Relief" is DENIED.